B6A (Official Form 6A) (12/07)

IN RE **Johnston, Mary & Rattle, Stephen J.**     Case No. **2:09-bk-26405**
                Debtor(s)                                                   (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **16805 S. 28th Place Phoenix, AZ 85048 - in foreclosure.** | | C | 190,000.00 | 283,061.00 |
| **39 acres in Montana on Rattlesnake Gulch - Paid $32,000 in 2004 in auction without seeing property. Classified as grazing land. Assessed value is $2,427.** | | C | 2,427.00 | 0.00 |
| **Diamon Resorts International timeshare. Unknown value** | | C | 0.00 | 0.00 |
| **Lake Havasu resort timeshare - Paid $9,000. Debtors and 3 other family members contributed to purchase price and have interest. Value is likely to be around $2,000.** | | C | 2,000.00 | 0.00 |
| **RCI timeshare - paid approximately $40,000. Debtors have been informed that it might sell for $10,000.** | | C | 10,000.00 | 0.00 |
| | | TOTAL | 204,427.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:             ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Wells Fargo checking and savings** | **ARS § 33-1126A(9)** | **300.00** | **300.00** |
| **19" television** | **ARS § 33-1123** | **50.00** | **50.00** |
| **2 dressers** | **ARS § 33-1123** | **20.00** | **20.00** |
| **2 folding patio chairs** | **ARS § 33-1123** | **25.00** | **25.00** |
| **2nd king bed** | **ARS § 33-1123** | **150.00** | **150.00** |
| **32" television** | **ARS § 33-1123** | **100.00** | **100.00** |
| **Coffee table** | **ARS § 33-1123** | **100.00** | **100.00** |
| **Computer desk** | **ARS § 33-1123** | **100.00** | **100.00** |
| **Desktop computer - 5 years old w/ HP printer** | **ARS § 33-1123** | **150.00** | **150.00** |
| **Dining room table and chairs** | **ARS § 33-1123** | **200.00** | **200.00** |
| **Dresser** | **ARS § 33-1123** | **200.00** | **200.00** |
| **End tables** | **ARS § 33-1123** | **50.00** | **50.00** |
| **Fujitsu laptop** | **ARS § 33-1123** | **200.00** | **200.00** |
| **King bed** | **ARS § 33-1123** | **250.00** | **250.00** |
| **Loveseat and chair - leather** | **ARS § 33-1123** | **300.00** | **300.00** |
| **Mac laptop** | **ARS § 33-1123** | **200.00** | **200.00** |
| **Misc. pots, pans, utensils, etc.** | **ARS § 33-1123** | **150.00** | **150.00** |
| **Misc. small kitchen appliances.** | **ARS § 33-1123** | **150.00** | **150.00** |
| **Sofa** | **ARS § 33-1123** | **50.00** | **50.00** |
| **Debtors' clothing** | **ARS § 33-1125(1)** | **500.00** | **500.00** |
| **Wedding rings** | **ARS § 33-1125(4)** | **1,500.00** | **1,500.00** |
| **Endowment (like IRA) with British government.** | **ARS § 33-1126A(7)** | **40,000.00** | **40,000.00** |
| **Pension with Automobile Association (England)** | **ARS § 33-1126A(7)** | **90,000.00** | **90,000.00** |
| **2002 Chevrolet Cavalier - 101,000 miles - poor condition (significant rust)** | **ARS § 33-1125(8)** | **1,400.00** | **1,400.00** |
| **2004 Chevy Avalanche - 102,000 miles - poor condition - needs engine rebuild estimated $2,500 repair.** | **ARS § 33-1125(8)** | **4,000.00** | **4,000.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only